Brian R. Morris, Esq.
Nevada Bar No. 5431
P.O. Box 60605
Las Vegas, Nevada 89106
(702) 389-3974
brmorris@lawforthepeople.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY WATTS. an individual,<br><br>    Plaintiff,<br><br>v.<br><br>KOS MEDIA LLC, a foreign corporation, JOHN DOES 1-5, individuals, CORPORATION DOES 1-5, domestic or foreign corporations,<br><br>    Defendants. | Case No. 3:23-cv-00328-LRH-CSD<br><br>**First Amended Complaint**<br>**(Jury Demand)** |

Plaintiff Anthony Watts ("Watts"), for his first amended complaint against Defendants and each of them, complains and avers as follows.  **This amendment of right is timely, Fed. R. Civ. P. 15(a)(1)(b) (within 21 days of filing motion to dismiss with no responsive pleading filed), supercedes the original complaint,** *Lacey v. Maricopa Cnty.***, 693 F.3d 896, 927 (9th Cir. 2012) ("an amended complaint supercedes the original complaint and renders it without legal effect."), and renders the motion to dismiss, ECF No. 6, moot.** *Bisson v. Bank of Am., N.A.***, 2012 U.S. Dist. LEXIS 165084 at \*3-4, 2012 WL 5866309, at \*1 (W.D. Wash. Nov. 16, 2012) (collecting cases).**[1]

1. Watts is an individual who sues in that capacity.
2. Watts resides in Washoe County.
3. Defendants harmed Watts in Washoe County.

---

[1] Watts delineates the new or changed content in bold, which shows how the amendment differentiates itself from the original Complaint.

1

4.     Defendant KOS Media LLC ("KOS") is a Delaware limited liability company doing business in Washoe County.

5.     KOS directed and directs its internet postings to individuals accessing KOS's website, "The Daily KOS", on a systematic and continuous basis in Washoe County, giving rise to general personal jurisdiction over KOS.

6.     Those postings include and included a posting that exposed personal identifying information about Watts, out of which the claim in this action arises, giving rise to specific personal jurisdiction over KOS.

7.     John Does 1-5 are individuals who created the subject posting and individuals who designed "The Daily KOS" to permit such postings.  Watts has not been able to discovery the true identities of Does, but will engage in discovery toward that end and will amend this Complaint to name them in their true names once ascertained.[2]

8.     Corporation Does 1-5 are entities involved in supporting KOS's illegal postings and/or republishing them, including the entity controlling the website Climate Nexus.com.  Watts has to date been unable to identify the true names of these corporations, despite reasonably diligent research.  Watts will seek their true identities in discovery and will amend to name them properly once ascertained.

9.     Watts seeks judicial relief under NRS 41.1347 for an anonymous posting on "The Daily KOS" website KOS sponsors, owns and maintains.  The posting is found, *inter alia*, at "dailyKOS.com/stories/2023".  The posting is **listed under** the **handle "ClimateDenierRoundup"**.  The posting was made and began airing on April 24, 2023.  The posting is entitled, "Heartland Fundraising for Tony Watts' $2,000 Thermometers to Compete with Global Temp Network".  The posting reveals Watts' home is in Nevada and links information about and photographs of Watts home on Zillow and links to the geographical location of Watts' home on Google Maps.

10.    Persons who disseminate personal identifying information about a person are subject to liability under the statute.

---

[2] **Watts recognizes Doe pleading is not proper in federal court.  Watts retains the Doe averments for continuity in case this case is remanded to State court.**

2

11. Personal identifying information includes information that is capable of being used to identify a person or a person's activities or transactions. NRS 205.4617(1).

12. The address of Mr. Watts's residence is personal identifying information.

13. KOS delivered the posting to its internet audience without Watt's consent.

14. KOS and the anonymous poster knew Watts could be identified by such information. KOS and the anonymous poster knew a reverse address run with the assessor's office leads to the Watts named in the anonymous posting. A reader could thus tie the address to the Watts identified in the posting.

15. KOS will from here onward include the John Does and Corporation Does as to the facts supporting liability.

16. KOS acted with the intent to aid, assist, encourage, facilitate, further or promote a criminal offense, including stalking, harassment and trespassing, in part because the address can now be a target location for crime, including stalking, harassment and trespassing.

17. These potential crimes would be reasonably likely to cause death, bodily injury or stalking, including because the posting addressed Watts as a climate change denier.

18. Watts has experienced a history of threats on his safety by those supporting the view that climate change is real and is a crisis. KOS probably was aware of some of this history.

19. KOS knows Watts is well known as a pundit on climate change and weather based upon his years of expertise in the field. Watts uses science to show that the "climate change crisis" is not what its advocates say it is. Still, the threats to Watts and the "controversy" around Watts' opinions exist and create a reasonable fear about the threats and a reasonable fear that some of those opposing him and his opinions might seek to do him harm. Watts has been labeled a "climate change denier". Climate activists have displayed animus against so-called deniers. As a notable example, Robert F. Kennedy, Jr. has stated forcefully that so-called deniers should be criminals under his imaginary law and jailed. Unexplained bullet holes have been discovered in office window of one of Watts' associates. One troller on Watts' website referenced people with a "pickup truck full of guns" visiting Watts, and Watts "meeting you [sic] maker". A satirical play on the public stage is titled "Kill the Climate Deniers". One climate change activist demanded publicly

3

1 that "climate change deniers deserve the death penalty." Watts has had climate activists vociferously oppose him, including one who appeared uninvited at his office in a screaming tirade and another who advocated "frogmarching" him through the international war crimes court at the Hague. A reasonable inference exists, and Watts believes discovery will show, that KOS established its "Climate Denier Roundup" page to encourage postings such as the instant one in order to cause opinions like those espoused by Watts to cease their presence on the internet. In addition to the above examples, the reasonableness of Watts' fear is in part evidenced by his move from California to Nevada in January of 2022. Watts' reasonable fear was exacerbated by the subject posting to the internet, available to anyone in the world with access to the internet, and in turn with access to KOS' website accessible on the internet 24/7. This has caused Watts to take protective action, including installing security around his home. **Since filing this action, Watts received an email that stated, "Yes we do know where you live."**

20. A reasonable inference exists that KOS acted with the intent to cause harm to Watts with knowledge of or reckless disregard for the reasonable likelihood that the dissemination, **and continued dissemination,** may cause death, bodily injury or stalking.

21. The dissemination would cause a reasonable person to fear death, bodily injury or stalking.

22. KOS made the decision to allow **the subject** posting on Daily KOS **and to continue its posting**.

23. KOS assumed the risk such illegal postings on the Daily KOS would lead to liability under the statute.

**26. KOS knows the true identity of the anonymous poster or has the means by which to know it. Watts will seek this information pursuant to Fed. R. Civ. P. 30, 33 and 34 and will seek leave to amend to add the poster as an individual with his or her true identity once it is obtained.**

**27. The poster posts frequently on the website, and has for some time.**

**29. KOS aided and abetted and/or ratified the subject posting.**

**30. Watts is informed and believes an individual associated with or employed by KOS, and not a third party, posted the content.**

31.     The site is not an information service, system, or access software provider.  While websites have been called such in *dicta*, the statute does not expressly immunize websites.  Watts thus has a good faith basis for the averment in this paragraph.

32.     The site is not a service or system that provides access to the Internet.  It is not an internet service provider or ISP.

33.     The site is not a messaging board and the subject posting was not on a messaging board.

34.     KOS's places a disclaimer above the posting which states, "This content is not subject to review by Daily KOS staff prior to publication."  This does not mean KOS staff could not have reviewed the subject posting prior to publication and/or after, a fact calling the disclaimer into question.

35.     KOS did not withdraw the offending posting after being served with this action.

36.     In order to post, the poster was required to agree to KOS's "Terms and Conditions".  As referred to by KOS, these are "the "Terms and Conditions" that you must accept to sign up for a user account."  Those Terms and Conditions include, "We also have a right to ban and block your [sic] from the site at our discretion, and will do so if your actions and/or behavior negatively impact the site or its community. So please behave."; "We do not pre-screen, monitor, or review the content posted by users, but reserve the right to remove or not publish content without prior notice if warranted."; and "we reserve the right to engage in the legal defense of any attacks on our community's First Amendment rights or other such critical issues."  KOS thus ultimately controls the content on its site, including the offending post in this case.  KOS is not an editor because it expressly denies it reviews, edits and decides whether to publish third party content.  In the same breath, KOS states and users agree KOS has the right to do so.  KOS is an information content provider.

37.     At the bottom of the page with the subject posting, KOS asserts its copyright icon, "©".  KOS thus claims that the material on the site falls under its copyright, and this means that it creates or adopts all site content postings as its original work and/or ownership.  Having a

1  copyright icon denotes that the work or material is someone's original creation.  KOS is not
2  just a publisher.  KOS is an information content provider.
3  38.   In these and other ways, KOS adopts the content posted on its site and makes the user
4  agree KOS controls that content, including by making users agree to its Terms and
5  Conditions.  KOS is an information content provider.
6  39.   ClimateDenierRoundup is a pseudonym of the poster.  KOS has the profile of the user
7  and knows his or her true identity.
8  40.   Despite having the right under Terms and Conditions to remove or redact the
9  offending personal identifying information, KOS has not done so, even after notice of this
10 lawsuit with specific directions to the offending post, which its lawyers claim to have accessed
11 as shown by Exhibit 1 to the Motion to Dismiss.  A reasonable inference exists from this
12 inaction that KOS has agreed to and adopted the disclosure of personal identifying
13 information regarding Watts' residence and work.  A reasonable inference exists from this
14 inaction that KOS's Terms and Conditions are a meaningless tool designed not to foster its
15 good faith efforts to police forbidden content, but to make it appear as such in a bad faith
16 effort to avoid liability as an internet content provider.  A reasonable inference exists from
17 this that KOS is contributing materially and knowingly to the posting of Watts's personal
18 identifying information on its site.  KOS is an information content provider.
19 41.   KOS authorized the publication of Watts's personal identifying information on its site.
20 KOS is an information content provider.
21 42.   Watts is informed and believes that KOS and its site are designed to wage war against
22 so-called climate deniers, and uses the postings of site users to help wage this war.  KOS is an
23 information content provider.
24 43.   As noted, the posting appears on the website under "stories" and under
25 "ClimateDenierRoundup", creating an inference that it is more than a posting and that it is
26 instead a KOS "story" about a "Climate Denier".  In this sense, KOS itself has supplied
27 content for the posting in terms of the context being one of its "stories" about a "Climate
28

6

1  **Denier".  This makes KOS more than a mere publisher or editor of the content; KOS is an information content provider.**

## FIRST CLAIM FOR RELIEF

44. Watts refers to and incorporates all averments in this First Amended Complaint as if set forth herein.

45. Watts is entitled to all relief available under NRS 41.1347(2) proximately caused by the disclosure of his personal identifying information and republication thereof **and for continuation of the disclosure following notice of this action.**

46. Pursuant to NRS 30.030, .040(1) and .070, Watts is entitled to a declaratory determination that the statute is intended by the Legislature to protect him from the subject posting, including that the posting contains "personal identifying information", and to determine the meaning of "damages" as used in the statute.

Wherefore, Watts seeks judgment in his favor and against Defendants for the statutory relief and such other and further relief the Court deems just and proper.

Dated this 2nd day of August, 2023.

_____
Brian Morris, Esq.
Attorney for Plaintiff

**DEMAND FOR JURY TRIAL**

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that Plaintiff demands a trial by jury, on all issues in the above entitled matter.

Dated this 2nd day of August, 2023.

_____
Brian Morris, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    I certify that on the 2nd day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the email address of the following on record with the United States District Court:

Sara Ferguson, Esq.
50 West Liberty St., Ste 750
Reno, Nevada 89501
email: sferguson@parsonsbehle.com

    Dated this 2nd day of August, 2023.

                                                  Brian Morris, Esq.
                                                  Attorney for Plaintiff